# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-20-00023-CV

---

**In re Natalie N. Fowler**

**L. A. and T. A., Appellants**

**v.**

**Texas Department of Family and Protective Services, Appellee**

---

**FROM THE 146TH DISTRICT COURT OF BELL COUNTY**
**NO. 298,086-B, THE HONORABLE JACK WELDON JONES, JUDGE PRESIDING**

---

## O R D E R   T O   S H O W   C A U S E

**PER CURIAM**

This is a contempt proceeding ancillary to the appeal of L. A. and T. A. The subject of this proceeding is Natalie N. Fowler, appellants' attorney.

Appellants filed their notice of appeal on January 7, 2020, and their brief was due February 6, 2020. On February 11, 2020, we ordered counsel to file appellants' brief no later than February 26, 2020. To date, appellants' brief has not been filed.

Therefore, it is hereby ordered that Natalie N. Fowler shall appear in person before this Court on **Tuesday, March 24, 2020, at 10:00 a.m.**, in the Third Court of Appeals courtroom, located on the first floor of the Price Daniel, Sr. Building, 209 West 14th Street, in Austin, Travis County, Texas, to show cause why she should not be held in contempt and have

sanctions imposed for her failure to obey our February 11, 2020 order.  This order to show cause will be withdrawn and Fowler will be relieved of her obligation to appear before this Court as ordered above if the Clerk of this Court receives appellants' brief **on or before Friday, March 20, 2020.**

It is ordered on March 10, 2020.


Before Chief Justice Rose, Justices Baker and Triana